UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN ZELVIN,<br><br>      Plaintiff,<br><br>  -v.-<br><br>AW AUTHENTIC, INC.,<br><br>      Defendant. | 23 Civ. 09241 (JHR)<br><br><u>ORDER</u> |

JENNIFER H. REARDEN, District Judge:

  The Court is in receipt of Plaintiff's motion for default judgment and accompanying papers. ECF Nos. 12-15.  Plaintiff's application does not comply with the Court's Individual Rules and Practices in Civil Cases in that it fails to proffer "evidence in support of the proposed damages, including contemporaneous records and other such documentation; and [] legal authority for why an inquest into damages is or is not necessary," among other required information.  *See* Individ. Rs. & Pracs., Attach. A.

  Accordingly, the Court will not consider Plaintiff's application.  If Plaintiff plans to proceed with seeking default judgment, then by no later than **March 5, 2024**, Plaintiff shall file a corrected motion for default judgment in accordance with the Court's Individual Rules.  Pursuant to the Court's February 18, 2024 Order to Show Cause, "[f]ailure to submit a timely and proper motion for default judgment may result in dismissal without prejudice of this case."  ECF No. 8 a 1.

  The Clerk of Court is directed to terminate ECF No. 12.

  SO ORDERED.

Dated: February 28, 2024
     New York, New York

                      _____
                      JENNIFER H. REARDEN
                      United States District Judge